435 A.2d 247

Commonwealth v. Perry, Appellant.

 Argued April 15,

1980. David J. Graban, for appellant; Harry A. Penich, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

*Judgment of sentence affirmed.*